IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RUDOLPH EUGEN LUDWIG PLATKY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## COMPLAINT

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect outstanding federal penalties assessed against Rudolph Eugen Ludwig Platky for his failure to report his interest in foreign bank accounts on a Treasury Form TD F 90-22:1, Report of Foreign Bank and Financial Accounts ("FBAR") for the years 2010, 2011, and 2012.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355(a).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2), as well as 28 U.S.C. § 1395(a).

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant Rudolph Eugen Ludwig Platky ("Platky") currently resides in Madrid, Spain.

5.     Platky is a United States citizen.

**COUNT I – RECOVERY OF PENALTIES**

6.     All citizens and residents of the United States who have a financial interest in, or signatory or other authority over, any foreign financial account that had a maximum value of greater than $10,000 during the calendar year are required to file an annual report disclosing the existence of each account.  31 U.S.C. § 5314; 31 C.F.R. § 1010.350.

7.     The annual report, known as a Report of Foreign Bank and Financial Accounts ("FBAR") for a calendar year is due no later than June 30 of following the calendar year. 31 C.F.R. § 1010.306(c).

8.     Platky admitted to the IRS that he had offshore accounts with account balances between $2 million and $5 million for calendar years 2010 to 2012.

9.     For calendar years 2010, 2011, and 2012, Platky was required to file an FBAR by June 30 of the following year.

10.    Platky has not filed an FBAR for calendar years 2010, 2011, and 2012.

11.    On February 3, 2017, a duly authorized delegate of the Secretary of the Treasury timely assessed penalties of $10,000 against Platky for his non-willful failure to timely report the foreign financial account for each of the years 2010, 2011, and 2012.  This resulted in a total amount of $30,000 in penalties being assessed.

12.    Despite notice and demand for payment of the penalties described in paragraph 11, Platky has failed or refused to make full payment to the United States.

13.    In addition, the United States is also entitled to recover pre-judgment interest on the unpaid penalties as well as penalties for failing to pay a lawful debt owed to the United States.  31 U.S.C. § 3717.  The amount owed as of January 31, 2018, including interest and

penalties, was $30,564. Interest and penalties will continue to accrue on this amount from that date until paid.

14. Accordingly, the United States is entitled to a judgment against Platky in the amount of $30,564 as of January 31, 2018.

WHEREFORE, the United States respectfully prays as follows:

A. That the Court enter judgment in favor of the United States and against Rudolph Eugen Ludwig Platky in the amount of $30,564 as of January 31, 2018, plus further interest and penalties as provided by law; and

B. That the Court award such other and further relief, including the costs of this action, as may deemed just and proper under the circumstances.

Date:  June 18, 2018,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        Tax Division

        /s/ Ari D. Kunofsky_____
        ARI D. KUNOFSKY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Washington, D.C.  20044
        202-353-9187 (v)
        202-514-6866 (f)
        Ari.D.Kunofsky@usdoj.gov