CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America,

_____
Plaintiff(s)

vs.                                                       Civil Action No.: 18-cv-1440-RMC

Rudolph Eugen Ludwig Platky,

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Rudolph Eugen Ludwig Platky
Calle Mendez Pidal 27, Apartamento 401
28036 Madrid Spain,

by: (check one)   ☑ registered mail, return receipt requested
                  ☐ DHL

pursuant to the provisions of: (check one)
                  ☑ FRCP 4(f)(2)(C)(ii)
                  ☐ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Spain, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Ari D. Kunofsky
(Signature)

Ari D. Kunofsky
US Department of Justice- Tax Division
555 4th St., NW,
Washington, DC 20001

(Name and Address)